IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETH BLACKWELL and BRENNAN SHORT, | § § § | |
| *Plaintiffs,* | § | C.A. NO. 4:19-cv-02311 |
| v. | § § | |
| LILIS ENERGY, INC., | § § § | |
| *Defendant.* | § | |

## SUGGESTION OF LILIS ENERGY, INC.'S BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Lilis Energy, Inc. files this suggestion of bankruptcy to inform the Court that, as of June 28, 2020, Defendant is the subject of a case filed under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court").[1]

A copy of the voluntary petition filed with the Bankruptcy Court, without attachments, is attached hereto as <u>Exhibit A</u>. Under section 362 of the Bankruptcy Code, these petitions operate as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the debtors (i) that was or could have been commenced before the commencement of the debtors' bankruptcy cases or (ii) to recover a claim against the debtors that arose before the commencement of the debtors' bankruptcy cases; (b) the enforcement, against

---

[1] The Debtors in these Chapter 11 cases are: Brushy Resources, Inc.; Hurricane Resources LLC; IMPETRO OPERATING LLC; Impetro Resources, LLC; Lilis Energy, Inc.; and Lilis Operating Company, LLC.

the debtors or against any property of the debtors' bankruptcy estates, of a judgment obtained before the commencement of the debtors' bankruptcy cases; (c) any act to obtain possession of property of or from the debtors' bankruptcy estates, or to exercise control over property of the debtors' bankruptcy estates; or (d) any act to collect, assess, or recover a claim against the debtors that arose before the commencement of the debtors' bankruptcy cases.

Accordingly, the proceedings in the above-captioned case are stayed under Bankruptcy Code § 362 (11 U.S.C. § 362).

**Dated:  June 29, 2020**　　　　　　　　　Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:  */s/ Ashlee Cassman Grant*
　　Ashlee Cassman Grant
　　Texas Bar No. 24082791
　　Federal Bar No. 1607786
　　811 Main Street, Suite 1100
　　Houston, Texas  77002-4995
　　Telephone:  (713) 646-1316
　　Facsimile:  (713) 751-1717
　　agrant@bakerlaw.com

**ATTORNEY FOR DEFENDANT,
LILIS ENERGY, INC.**

## **CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this filing to the following:

> G. Scott Fiddler
> Courtney Carlson
> Jackson Walker LLP
> 1401 McKinney Street, Suite 1900
> Houston, Texas 77010

>> */s/ Ashlee Cassman Grant*
>> Ashlee Cassman Grant