United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SETH BLACKWELL, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-2311 |
| | § | |
| LILIS ENERGY, INC., | § | |
| Defendant. | § | |

## ORDER TO STAY AND ADMINISTRATIVELY CLOSE

The Court has been advised that Defendant Lilis Energy, Inc., has filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Texas. *See* Suggestion of Bankruptcy [Doc. # 28]. Accordingly, it is hereby

**ORDERED** that this case is **STAYED AND ADMINISTRATIVELY CLOSED** in accordance with 11 U.S.C. § 362(a)(1). It is further

**ORDERED** that either party may file a written motion for reinstatement of this case, if appropriate, should the automatic bankruptcy stay be lifted or the bankruptcy proceeding be otherwise concluded.

SIGNED at Houston, Texas, this  29th    day of **June, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\2311BRStay.wpd  200629.1049